1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAWRENCE CUSHNIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington company,<br><br>Defendant. | CASE NO. 2:15-cv-00413RSM |
| ANN MICHELLE BLACKWOLFE and JONATHAN BLACKWOLFE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PREMERA BLUE CROSS, a Washington company,<br><br>Defendant. | Case NO. 2:15-cv-00429RSM |

ORDER STAYING CASES - 1

| | | |
|---|---|---|
| 1 | BRADD GUENSER, individually and on behalf of all others similarly situated, | |
| 2 | | Case NO. 2:15-cv-00441-RSM |
| 3 | Plaintiff, | |
| 4 | v. | |
| 5 | PREMERA BLUE CROSS, a Washington corporation, | |
| 6 | | |
| 7 | Defendant. | |
| 8 | ERIC FORESTER and KAYLA SHERWOOD, on behalf of themselves | |
| 9 | and others similarly situated, | Case NO. 2:15-cv-00499-RSM |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | PREMERA BLUE CROSS, a Washington corporation, | |
| 13 | | |
| 14 | Defendant. | |
| 15 | SANDY ARCHIBALD, individually and on behalf of all other similarly situated, | |
| 16 | Plaintiff, | CASE NO. 2:15-cv-00505-RSM |
| 17 | v. | |
| 18 | | |
| 19 | PREMERA BLUE CROSS, a Washington corporation, and DOES 1-50, | |
| 20 | Defendants. | |
| 21 | | |
| 22 | HOWARD KAPLOWITZ, individually and on behalf of all others similarly situated, | |
| 23 | | CASE NO. 2:15-cv-00512-RSM |
| 24 | | |

ORDER STAYING CASES - 2

|   |   |   |
|---|---|---|
| 1 | Plaintiff, | |
| 2 | v. | |
| 3 | PREMERA BLUE CROSS, a Washington corporation, | |
| 4 | | |
| 5 | Defendant. | |
| 6 | KENT W. UNDERWOOD, individually and on behalf of all others similarly situated, | |
| 7 | | CASE NO. 2:15-cv-00516-RSM |
| 8 | | |
| 9 | Plaintiff, | |
| 10 | v. | |
| 11 | PREMERA BLUE CROSS, a Washington corporation, | |
| 12 | | |
| 13 | Defendant. | |
| 14 | LYNNE BURKHARDT, individually and on behalf of all others similarly situated, | |
| 15 | | CASE NO. 2:15-cv-00523-RSM |
| 16 | Plaintiff, | |
| 17 | v. | |
| 18 | PREMERA BLUE CROSS, a Washington corporation, and DOES 1-50, | |
| 19 | | |
| 20 | Defendants. | |
| 21 | MARIA S. WEBB, et al., | |
| 22 | Plaintiffs, | CASE NO. 2:15-cv-00539RSM |
| 23 | v. | |
| 24 | | |

| | |
|---|---|
| PREMERA BLUE CROSS, a Washington corporation,<br><br>                    Defendant. | |
| CASEY DEVINE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PREMERA BLUE CROSS, a Washington corporation,<br><br>                  Defendant. | CASE NO. 2:15-cv-00546RSM |
| JOANN V. WELCH, individually and on behalf of all others similarly situated,<br><br>                  Plaintiff,<br><br>     v.<br><br>PREMERA BLUE CROSS, a Washington corporation, and DOES 1-10,<br><br>                  Defendants. | CASE NO. 2:15-cv-00552-RSM |
| MARIANNA POWERS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>PREMERA BLUE CROSS, a Washington corporation, | CSE NO. 2:15-cv-00558RSM |

| | | |
|---|---|---|
| | Defendant. | |
| | SAMUEL CASTANON III, et al., individually and on behalf of all others similarly situated, | CASE NO. 2:15-cv-00445-RSM |
| | Plaintiffs, | |
| | v. | |
| | PREMERA BLUE CROSS, a Washington corporation, | |
| | Defendant. | |
| | TENNIELLE COSSEY, et al., individually and behalf of all others similarly situated, | CASE NO. 2:15-cv-00472-RSM |
| | Plaintiffs, | |
| | v. | |
| | PREMERA BLUE CROSS, a Washington corporation, | |
| | Defendant. | |

**ORDER STAYING CASES**

Currently pending before the Judicial Panel on Multidistrict Litigation (the "Panel") is a motion to transfer the above-captioned cases for consolidated pretrial proceedings. *See In re Premera Blue Cross Customer Data Security Breach Litigation*, MDL No. 2633. Accordingly, for the sake of judicial economy and in order to facilitate the multidistrict litigation process, the Court hereby ORDERS that the above-captioned proceedings and all deadlines therein are STAYED pending the Panel's determination on transfer and consolidation. The Court further

1 ORDERS that the following Unopposed Motions to Stay are GRANTED: *Cushnie v. Premera Blue Cross*, Case No. 15-cv-413RSM (Dkt. # 11), and *Guenser v. Premera Blue Cross*, Case No. 15-cv-441RSM (Dkt. # 17).

DATED this 13 day of April 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE